AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

V.

Natividad Contreras - Moreno

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 - 00002 JW

I, _Natividad Contreras - Moreno_, the above named defendant, who is accused of

_illegal reentry, in violation of 8 U.S.C. § 1326_

**FILED**

JAN 10 2008

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___1/10/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
      Judicial Officer