BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CONTRERAS-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00002 JW |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | |
| NATIVIDAD CONTRERAS-MORENO, | |
| Defendant. | |

The Federal Public Defender, Barry J. Portman, was previously appointed as counsel for Natividad Contreras-Moreno.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public Defender Manuel U. Araujo enters his Notice of Substitution of Attorney for Mr. Contreras-Moreno.  Mr. Araujo will be replacing Assistant Federal Public Defender Lara Vinnard as counsel of record.  Counsel's contact information is listed above.

Dated: January 11, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender
/S/

MANUEL U. ARAUJO
Assistant Federal Public Defender

Notice of Substitution of Counsel            1