UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 2/4/2008  
**Case No.:** CR-08-002 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Jana Ridenour  
**U.S. Probation Officer:** N/A  
**Interpreter:** Lupita Arce (Spanish)  

## TITLE

U.S.A. v. Natividad Contreras-Moreno ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk  
**Attorney(s) for Defendant(s):** Manuel U. Araujo  

## PROCEEDINGS

1. Dispositional Hearing
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. The Defendant present and in custody for proceedings. The Defendant was aided by a Spanish language Interpreter for proceedings. The Defendant plead guilty as to Count One (1) of the Information. A plea agreement was executed in open Court. The Defendant waived referral to the Probation Office for preparation of a presentence investigation report. The Court proceeded to immediate sentencing. The Defendant was sentenced as to Count One (1) of the Information. The Defendant is committed to TEN (10) months BOP custody, ONE (1) year supervised release under the standard conditions and Court imposed special conditions, $100 special assessment. The Defendant is remanded to USM.

_____  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed/C. Escolano**  
CC: